## HOGAN v. MOTOR LINES

No. 137 PC.

Case below: 38 N.C. App. 288.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 January 1979.

## HOLBROOK v. HOLBROOK

No. 134 PC.

Case below: 38 N.C. App. 303.
            38 N.C. App. 308.

Petitions by Verna Holbrook for discretionary review under G.S. 7A-31 denied 4 January 1979.

## IN RE BOYLES

No. 135 PC.

Case below: 38 N.C. App. 389.

Petition by respondent for discretionary review under G.S. 7A-31 denied 4 January 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 January 1979.

## MANUFACTURING CO. v. MANUFACTURING CO.

No. 142 PC.

Case below: 38 N.C. App. 393.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 January 1979. Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 January 1979.

## SIPE v. BLANKENSHIP

No. 141 PC.

Case below: 37 N.C. App. 499.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 4 January 1979.